■ J.M.M., an Infant, by Her Parents and Natural Guardians, JOSEPH MACKO, et al., et al., Respondents, v LUIGI MARSEGLIA et al., Appellants. [836 NYS2d 480]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered August 11, 2006 in a personal injury action. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is affirmed without costs for the reasons stated at Supreme Court.

All concur, Lunn, J., not participating. Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.